IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CLAYTON ALLEN NEWCOMB                                                       PLAINTIFF

v.                                                    CIVIL ACTION NO. 1:24-cv-214-SA-DAS

RENASANT BANK, et al                                                   DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on December 10, 2024. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 10th day of December, 2024.

                                                                  /s/ Sharion Aycock
                                                                  UNITED STATES DISTRICT JUDGE